IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Case No. 05-500-01-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GLEN DOYAL WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Karin J. Immergut
United States Attorney
District of Oregon
Claire M. Fay
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

    Attorneys for Plaintiff

C. Renee Manes
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204

    Attorney for Defendant

Page 1 - ORDER

KING, Judge:

In the civil action of Oregon Eye Specialists, P.C. v. West Coast Bank, et al., Multnomah County Circuit #0610-10727, the defendant West Coast Bank, et al. has served a subpoena duces tecum seeking the production of the victims' statements and presentence report in this case. The U. S. Probation Office is foreclosed from disclosing presentence report or presentence investigation records without the authorization of the court. This information is not a matter of public record and is rarely made assessable to anyone other than the parties in the criminal matter.

West Coast Bank seeks information in the nature of admissions or statements of what the OES victims, physicians and principals knew about defendant Wright's capacity for making on-line transfers from OES accounts. The court has reviewed the presentence report and the victim impact statements and finds no reference to whether anyone at OES had knowledge that defendant Wright had the capacity to make on-line transfers from OES accounts. The material requested does contain confidential and personal information which should not be disclosed. If there were information that could be, and should be disclosed, the court could consider redaction, but in view of the court's finding that there is no information of the nature sought, the court does not authorize disclosure of the PSR or presentence investigation records, including victim impact statements.

IT IS SO ORDERED.

Dated this _20th_ day of December, 2007.

_____
Garr M. King
United States District Judge

Page 2 - ORDER